IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PERRY KEITH BLYE,<br><br>Defendant. | CR 24-14-M-DLC<br><br><br><br>ORDER |

Counsel for Defendant Perry Keith Blye has filed an Unopposed Motion to Quash Arrest Warrant and Issue Summons. Accordingly, and good cause appearing,

IT IS ORDERED that the motion is GRANTED.  The arrest warrant issued February 28, 2024, is hereby QUASHED.  Defendant's appearance on the Indictment is scheduled for 1:30 p.m. on July 8, 2024, at the Russell Smith Courthouse, 201 E. Broadway, in Missoula. The Clerk of Court shall issue a summons directing Defendant to appear at the designated date and time.

DATED this 11th day of June, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge