IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24-14-M-DLC |
| Plaintiff, | |
| vs. | ORDER |
| PERRY KEITH BLYE, | |
| Defendant. | |

Defendant Perry Keith Blye has filed an unopposed motion to appear via video at his initial appearance on pretrial release violation set for January 2, 2025 at 1:30 p.m. (Doc. 43). The motion is DENIED. Defendant shall appear in person at the initial appearance.

DATED this 30th day of December, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1