IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24–14–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| PERRY KEITH BLYE, | |
| Defendant. | |

Before the Court is United States Magistrate Judge Kathleen L. DeSoto's

Findings & Recommendation Concerning Plea. (Doc. 55.) Because neither party

objected, they are not entitled to *de novo* review. 28 U.S.C. § 636(b)(1); *United*

*States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Therefore, the Court

reviews the Findings and Recommendation for clear error. *McDonnell Douglas*

*Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear

error exists if the Court is left with a "definite and firm conviction that a mistake

has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Perry Keith Blye is charged with possession with intent to distribute at least

five grams of actual methamphetamine, in violation of 21 U.S.C. § 841(a)(1), as

set forth in the Superseding Information. (Doc. 45.) Judge DeSoto recommends

that this Court accept Blye's guilty plea as to the Superseding Information after

Blye appeared before her pursuant to Federal Rule of Criminal Procedure 11. The Court finds no clear error in Judge DeSoto's Findings and Recommendation and adopts them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Judge DeSoto's Findings and Recommendation (Doc. 55) is ADOPTED in full.

IT IS FURTHER ORDERED that Blye's motion to change plea (Doc. 40) is GRANTED.

IT IS FURTHER ORDERED that Blye is adjudged guilty as charged in the Superseding Information.

DATED this 5th day of February, 2024.

_____
Dana L. Christensen, District Judge
United States District Court

2