IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24–14–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| PERRY KEITH BLYE, | |
| Defendant. | |

The Court held a status conference in this matter on July 15, 2025. (Doc. 67.) Defendant Perry Keith Blye appeared by video with his caretaker. As discussed on the record,

IT IS ORDERED that counsel for Mr. Blye shall provide the Court with medical records pertaining to Mr. Blye's stroke from his primary treating physician. Counsel shall file those records under seal.

IT IS FURTHER ORDERED that Mr. Blye shall continue to file monthly status reports on the 10th of every month.

IT IS FURTHER ORDERED that Mr. Blye's supervising probation officer in Tacoma, Washington, shall conduct a home visit and shall provide the Court with an update as to Mr. Blye's current condition.

DATED this 15th day of July, 2025.

_____
Dana L. Christensen, District Judge
United States District Court